UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IZEA REED, | ) | Case No. CV 12-5489 ODW(JC) |
|         Petitioner, | ) ) | |
|    v. | ) ) | JUDGMENT |
| ERNEST ROE, Warden, | ) ) ) | |
|         Respondent. | ) | |

Pursuant to this Court's Order Denying Petition for Writ of Habeas Corpus and Dismissing Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is denied and this action is dismissed without prejudice.

DATED: July 2, 2012

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE